**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

KENYATA JORDAN
ADC # 94649                                                                                    PLAINTIFF


V.                                        5:08CV00062 JMM/JFF


ROYAL, Nurse, W.C. "Dub" Brassell Detention
Center; TIDWELL, Officer, W.C. "Dub"
Detention Center; SINGLTON, Officer, W.C. "Dub"
Brassell Detention Center; and the W.C. "Dub" Brassell
Detention Center                                                                          DEFENDANTS

<u>**ORDER**</u>

The Court has reviewed the Proposed Findings and Recommended Partial Disposition

submitted by United States Magistrate Judge John F. Forster and the response filed on April 3, 2008.

After careful consideration, the Court concludes that the Proposed Findings and Recommended

Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings

in all respects.

IT IS THEREFORE ORDERED that:

1.  Plaintiff's claims against Defendants Tidwell and Singlton are DISMISSED; and

2.  Plaintiff will be allowed to proceed with the remainder of his claims, and service is

appropriate on these Defendants Royal and the W.C. "Dub" Brassel Detention Center.  The Clerk

of the Court is directed to prepare summonses for these Defendants, and the United States Marshal

is directed to serve a copy of the Complaint (docket entry #2), this Order, and summons on

Defendants, without prepayment of fees and costs or security therefore.

DATED this __9__ day of April, 2007.


_____
UNITED STATES DISTRICT JUDGE