**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

KENYATA JORDAN
ADC # 94649                                                                                          PLAINTIFF

V.                                              5:08CV00062 JMM

ROYAL, Nurse, W.C. "Dub" Brassell Detention
Center; RANDEL, Nurse, W.C. "Dub" Brassell
Detention Center; McCLURE, Doctor, W.C. "Dub"
Brassell Detention Center; and THE W.C. "DUB"
BRASSELL DETENTION CENTER                                                              DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that the claims against separate Defendant W.C. "Dub" Brassell Detention Center are dismissed with prejudice, and the remainder of Plaintiff's cause of action and the claims against separate Defendants Royal, Randel, and McClure are dismissed without prejudice for failure to prosecute.

DATED this  24  day of  July , 2008.

_____
UNITED STATES DISTRICT JUDGE