**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**


KENYATA JORDAN
ADC # 94649                                                                    PLAINTIFF


V.                                      5:08CV00062 JMM


ROYAL, Nurse, W.C. "Dub" Brassell Detention
Center; RANDEL, Nurse, W.C. "Dub" Brassell
Detention Center; McCLURE, Doctor, W.C. "Dub"
Brassell Detention Center; and THE W.C. "DUB"
BRASSELL DETENTION CENTER                                                      DEFENDANTS


<u>**JUDGMENT**</u>

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and

ADJUDGED that this case be DISMISSED with prejudice as to separate Defendant W.C. "Dub"

Brassell Detention Center, and without prejudice as to separate Defendants Royal, Randel, and

McClure.  Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis*

appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

DATED this   24   day of   July  , 2008.



_____
UNITED STATES DISTRICT JUDGE